CHARLES B. PERKINS (#126942)
 cbperk@earthlink.net
SUSAN D. PELMULDER (#234731)
 sue@pelmulder.com
ROSE PERKINS PELMULDER
A Professional Association
59 North Santa Cruz Avenue, Suite Q
Los Gatos, California 95030
(408) 399 – 4566 voice
(408) 399 – 6683 facsimile

*Attorneys for Plaintiff*
MOJGAN GHOLAMNEJAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOJGAN GHOLAMNEJAD, | Case No. 16-cv-6151 BLF SVK |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER** |
| PRUCO LIFE INSURANCE COMPANY, | |
| Defendants. | |

IT IS HEREBY STIPULATED by Plaintiff MOJGAN GHOLAMNEJAD and Defendant PRUCO LIFE INSURANCE COMPANY, by and through their counsel of record herein, that the captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit. Counsel for the filing party hereby attests that concurrence in filing of this document has been obtained by the other signatory to this document. The conformed signature herein shall serve in lieu of their

original signatures on this document. Upon order of the Court, this filing party shall produce records which support the concurrence of all signatories to this document.

SO STIPULATED.

Dated: August 17, 2017                           ROSE PERKINS PELMULDER, APA

                                           By  */s/ Susan D. Pelmulder*
                                               SUSAN D. PELMULDER
                                               Attorney for Plaintiff
                                               MOGJAN GHOLAMNEJAD

Dated: August 18, 2017                           DENTONS US LLP

                                           By */s/ Douglas A. Scullion*
                                             DOUGLAS A. SCULLION
                                             Attorney for Defendant
                                             PRUCO LIFE INSURANCE COMPANY

### **O R D E R**

IT IS HEREBY ORDERED that this action, Case No. 5:16-cv-6151-BLF, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

IT IS SO ORDERED.

Dated: _____                    _____
                                                                 The Honorable Beth Labson Freeman
                                                                 United States District Judge